

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tony Dean McCoy,

Vs. No. 11-14-00099-CR

The State of Texas,

\* From the 39th District Court
of Stonewall County,
Trial Court No. 1772.

\* May 31, 2016

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and McCall, sitting by
assignment)
(Bailey, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.